UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2025 APR -4 PM 5: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REGINA LANGEVIN,**
    **Plaintiff**

v.                                                                             C.A. NO.:

**UNITED STATES OF AMERICA AS UNITED STATES POSTAL SERVICE**
    **Defendant,**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES FOR NEGLIGENCE

NOW COMES Regina Langevin, by and through counsel, for causes of action against the Defendant herein alleged, based on information and belief:

## JURISDICTION AND VENUE

1. This action is brought by the Federal Tort Claims Act (FTCA), 28 U.S.C., §1346(b), 2671 et. seq., against the United States of America, which vests exclusive subject matter jurisdiction of Federal Tort Claims litigation in the Federal District Court.

2. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §1392(b)(1) and/or 1391(b)(2), as well as 28 U.S.C. §1391(e)(1), because the United States of America is the Defendant.

## NATURE OF THE ACTION

3. This is a negligence and personal injury action arising out of bodily injuries to Regina Langevin ("Ms. Langevin") on or about May 12, 2023 in Plymouth, Massachusetts. Ms. Langevin was a patron at the United States Postal Services

("USPS") location on 12 Manomet Point Road, in Plymouth, Massachusetts when she was caused to fall on a wet floor inside the USPS.

## PARTIES

4. Plaintiff Ms. Langevin an individual residing at 12 Ellisville Drive, in Plymouth, Massachusetts and brings this action individually.

5. At all relevant times to the Complaint, the Defendant, the United States of America, by and through the United States Postal Service ("USPS"), is the proper party under 28 U.S.C. §2671 et seq.

## STATUTORY BASIS OF LIABILITY

6. This case is brought against the United States of America pursuant to 28 U.S.C. §2671 et seq., commonly referred to as the "Federal Tort Claims Act." Liability of the United States is predicated specifically in 28 U.S.C. §§ 1346(b)(1) and 2674 because the personal injuries and resulting damages that form the basis of this complaint, were proximately caused by the negligence, wrongful acts and/or omissions of the United States of America, by and through its agency, the USPS. The agents, servants, and employees of the USPS were acting within the course and scope of their employment, under circumstances where the United States of America, if a private person or entity, would be liable to the Plaintiff in the same manner and extent as a private individual under the laws of the Commonwealth of Massachusetts.

7. The Plaintiff's accident occurred on or about Mar 12, 2023 at the USPS property located at 12 Manomet Point Road in Plymouth, Massachusetts.

8. Pursuant to 28 U.S.C. §2401(b), Plaintiff's claim for the sum of a certain amount of $10,000,000.00 was timely sent to the appropriate agency of Defendant, the United States

of America, namely the USPS, on November 6, 2023 via FEDEX 7740 0724 7617, and certified mail 7020 0090 0000 9477 3817. See, Notice of Claims Standard Form attached hereto as Exhibit "A."

9. The claim was acknowledged by the USPS on April 24, 2024. See, USPS's Response letter attached hereto as Exhibit "B."

10. On October 7, 2024, the USPS responded by letter denying any negligent act or omission on their part or part of their agents, servants, or employees. See, USPS's Denial Letter attached hereto as Exhibit "C."

## FACTS

11  At all times relevant to the Complaint, the property, including the interior of the USPS, located at 12 Manomet Point Road, in Plymouth, Massachusetts was owned and operated by the Defendant, by and through the USPS.

12. On or about May 12, 2023, the Plaintiff, Ms. Langevin, was a patron at the USPS location, an agency of the Defendant, at 12 Manomet Point Road in Plymouth, Massachusetts.

13. As the Plaintiff, Ms. Langevin, entered into the USPS office she was caused to fall due to a wet floor.

14. As a result of her fall, the Plaintiff, Ms. Langevin, sustained severe bodily injuries, including but not limited to a fracture of her right knee requiring surgical repair.

## COUNT I - NEGLIGENCE

15. Plaintiff repeats the allegations contained in paragraphs 1 – 14 of the Complaint and, by reference, incorporates the same herein.

16. At all times relevant to the Complaint, the agents, servants, and employees Of

the USPS owed a duty to the Plaintiff to maintain the property located at 12 Manomet Point Road in Plymouth Massachusetts in a reasonably safe condition.

17. The agents, servants, and employees of the Defendant, by and through the USPS, breached their duties to the Plaintiff by failing to maintain the property in a reasonably safe condition, specifically by failing to properly tend to the wet floor and notify patrons in advance.

18. As a direct and proximate result of the negligence of the agents, servants, and employees of the Defendant, by and through the USPS, the Plaintiff suffered from and will continue to suffer from great pain of body and anguish of mind, including but not limited to a patella fracture of the right leg resulting in surgical repair and rehabilitation, and scarring.

19. As a direct and proximate result of the negligence of the agents, servants, and employees of the Defendant, by and through the USPS, the Plaintiff has incurred medical expenses of approximately $48,585.50.

20. As a direct and proximate result of the negligence of the agents, servants, and employees of the Defendant, by and through the USPS, the Plaintiff has suffered and will continue to suffer from a disruption in her daily activities; diminished quality of life; a loss of enjoyment of life; scarring and disfigurement; loss of function; impairment; and disability.

21. WHEREFORE, the Plaintiff hereby demands judgment against the Defendant in an amount which will fairly and adequately compensate her for her past and future pain and suffering; her past and future medical expenses; her past and

future disruption in her daily activities and diminished quality of life; and her past and future loss of function, impairment and/or disability; plus interests, costs, and attorneys' fees and such other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Date: April 4, 2025

                          Respectfully submitted,
                          The Plaintiff, Regina Levangin
                          By her attorney,

                          */s/ Jennifer C. White*
                          Jennifer C. White, Esq.
                          Law Office of White & White, P.C.
                          2289 State Road, Suite 4
                          Plymouth, MA 02360
                          T: (508)888-8800
                          Fax: 774-205-2114
                          BBO #689554
                          attorneyjenniferwhite@gmail.com